IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Lisa M. Ferrante,<br>    Debtor(s). | CASE NO 19-22626-JAD<br><br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant(s),<br>vs.<br>Lisa M. Ferrante,<br>    Respondent(s). | Related to Doc 55 |

## CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-SPECIFIC LUMP SUM PAYMENT

WHEREAS, the Trustee is in receipt of the non-exempt portion of an inheritance in the amount of $17,257.57 as was disclosed and partially exempted by amended Schedules at Doc 55 (the "Non-Specific Lump Sum");

WHEREAS, the Debtors have maximized their available exemptions in other assets and, therefore, the Non-Specific Lump Sum represents an un-exempted asset;

WHEREAS, the Trustee and Debtors agree, as indicated by their consents to this Order, that the Non-Specific Lump Sum shall be treated as additional plan funding (and not as a credit against payments due under the Plan), and shall, after deduction of Trustee fees, be earmarked for payment unsecured creditors (priority first and then general), so far as the funds go.

So Ordered, this _____ day of _____, 20_____.

_____
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.Steidl@steidl-steinberg.com
Attorney for Debtor(s)