FILED
1/5/22 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Lisa M. Ferrante,<br>    Debtor(s). | CASE NO 19-22626-JAD<br><br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant(s),<br>vs.<br>Lisa M. Ferrante,<br>    Respondent(s). | Related to Doc 55<br><br>Doc. # 57 |

### CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-SPECIFIC LUMP SUM PAYMENT

WHEREAS, the Trustee is in receipt of the non-exempt portion of an inheritance in the amount of $17,257.57 as was disclosed and partially exempted by amended Schedules at Doc 55 (the "Non-Specific Lump Sum");

WHEREAS, the Debtors have maximized their available exemptions in other assets and, therefore, the Non-Specific Lump Sum represents an un-exempted asset;

WHEREAS, the Trustee and Debtors agree, as indicated by their consents to this Order, that the Non-Specific Lump Sum shall be treated as additional plan funding (and not as a credit against payments due under the Plan), and shall, after deduction of Trustee fees, be earmarked for payment unsecured creditors (priority first and then general), so far as the funds go.

So Ordered, this 5th day of January, 2022.

_____
U.S. Bankruptcy Judge jsf
Jeffery A. Deller

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.Steidl@steidl-steinberg.com
**Attorney for Debtor(s)**

Page **2** of **2**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22626-JAD |
| Lisa M. Ferrante | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa M. Ferrante, 412 Wylie Avenue, Elizabeth, PA 15037-1748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2022        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al bnicholas@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Debtor Lisa M. Ferrante julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2     User: aala     Page 2 of 2
Date Rcvd: Jan 05, 2022     Form ID: pdf900     Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor JPMORGAN CHASE BANK NA amps@manleydeas.com

Thomas Song

on behalf of Creditor U.S. Bank National Association et.al. thomas.song@phelanhallinan.com

Thomas Song

on behalf of Creditor U.S. Bank N.A., Successor Trustee To Lasalle Bank National Association, et al thomas.song@phelanhallinan.com

Thomas Song

on behalf of Creditor JPMORGAN CHASE BANK NA thomas.song@phelanhallinan.com

TOTAL: 10