**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/18/2022

IN RE:

LISA M. FERRANTE
412 WYLIE AVENUE
ELIZABETH, PA 15037
XXX-XX-7593         Debtor(s)

Case No.19-22626 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/18/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  GAP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  7818 |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH  43216-5028 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **THOMAS SONG ESQ FOR JODI L HAUSE ESQ F**<br>1617 JFK BLVD STE 1400<br>PHILADELPHIA, PA  19103 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  US BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br>FT WORTH, TX  76101-2032 | Trustee Claim Number: 5    INT %: 1.90%<br>Court Claim Number: 16<br>CLAIM:  17,038.40<br>COMMENT:  CL16GOV@TERMS/PL\*17,017@1.9%/PL\*910CL/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0003 |
| **US BANK NA - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING INC\*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL\*918.25x(60+2)=LMT@CHASE MTG/PL\*ARRS/PL=$0\*FR JPMORGAN-DOC | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3903 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>C/O ONE MAIN(\*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731 | Trustee Claim Number: 7    INT %: 6.00%<br>Court Claim Number: 17<br>CLAIM:  9,392.32<br>COMMENT:  CL17GOV@TERMS/PL\*9,338@6%/PL\*910CL/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4379 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM:  3,586.94<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2174 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 36-2<br>CLAIM:  3,162.03<br>COMMENT:  BARCLAYS\*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4268 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM:  717.65<br>COMMENT:  JUSTICE/SCH\*CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1295 |

| Creditor | Trustee/Court Claim | Creditor Description |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 11   INT %: 0.00% <br> Court Claim Number: 14 <br><br> CLAIM: 689.83 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5255 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 12   INT %: 0.00% <br> Court Claim Number: 13 <br><br> CLAIM: 682.91 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0035 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 13   INT %: 0.00% <br> Court Claim Number: 12 <br><br> CLAIM: 461.30 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7865 |
| **JPMORGAN CHASE BANK** <br> PO BOX 15368 <br><br> WILMINGTON, DE  19850 | Trustee Claim Number: 14   INT %: 0.00% <br> Court Claim Number: 8 <br><br> CLAIM: 1,734.18 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5016 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number: 15   INT %: 0.00% <br> Court Claim Number: 19 <br><br> CLAIM: 4,318.39 <br> COMMENT: SHERMAN/CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7821 |
| **CITIBANK NA**** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br><br> LOUISVILLE, KY  50325-3439 | Trustee Claim Number: 16   INT %: 0.00% <br> Court Claim Number: 30 <br><br> CLAIM: 1,507.57 <br> COMMENT: BEST BUY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2367 |
| **CITIBANK NA**** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br><br> LOUISVILLE, KY  50325-3439 | Trustee Claim Number: 17   INT %: 0.00% <br> Court Claim Number: 31 <br><br> CLAIM: 1,924.13 <br> COMMENT: THD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9117 |
| **CITIZENS BANK NA**** <br> ONE CITIZENS BANK WAY JCA115 <br><br> JOHNSTON, RI  02919 | Trustee Claim Number: 18   INT %: 0.00% <br> Court Claim Number: 7 <br><br> CLAIM: 1,784.08 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6802 |
| **NAVIENT SOLUTIONS LLC O/B/O US DEPARTME** <br> C/O US DEPARTMENT OF EDUCATION LOAN SER <br> PO BOX 4450 <br><br> PORTLAND, OR  97208-4450 | Trustee Claim Number: 19   INT %: 0.00% <br> Court Claim Number: 5 <br><br> CLAIM: 50,076.39 <br> COMMENT: 1019/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7593 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br><br> KIRKLAND, WA  98083-0657 | Trustee Claim Number: 20   INT %: 0.00% <br> Court Claim Number: 29 <br><br> CLAIM: 2,239.34 <br> COMMENT: MACY'S | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4440 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,185.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2441 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 1,064.68<br>COMMENT: REF 3496617788 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2373 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 618.07<br>COMMENT: REF 3496617804 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3436 |
| **ABSOLUTE RESOLUTIONS INVESTMENTS LLC**<br>C/O ABSOLUTE RESOLUTIONS CORP<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN 55437 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 3,602.39<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3634 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 6,847.26<br>COMMENT: INSTALLMENT LOAN DTD 6/17/2016 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0882 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 1,990.06<br>COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2107 |
| **QUANTUM3 GROUP LLC AGENT - VELOCITY INV**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 12,357.22<br>COMMENT: NO ACCT/SCH*LENDINGCLUB/WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2022 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,359.88<br>COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8849 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK~DICKS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PAYPAL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:34<br>CLAIM: 4,633.76<br>COMMENT: SYNCHRONY/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2434 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 2,166.61<br>COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2923 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:26<br>CLAIM: 811.97<br>COMMENT: COMENITY/KAY JEWELERS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8207 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:32<br>CLAIM: 1,879.02<br>COMMENT: TOYS R US/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2478 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:33<br>CLAIM: 3,913.39<br>COMMENT: AMAZON/GEMB/GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6299 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AMERICAN EAGLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CARE CREDIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4244 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:28<br>CLAIM: 6,678.63<br>COMMENT: SYNCHRONY/GAP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7818 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 35<br>CLAIM: 6,453.59<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6969 |
| **TD BANK USA NA\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 691.78<br>COMMENT: TARGET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2353 |
| **THE BUREAUS INC**<br>650 DUNDEE RD STE 370<br>NORTHBROOK, IL 60062-2757 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1~JUSTICE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7284 |
| **QUANTUM3 GROUP LLC AGNT - CROWN ASSET**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 1,875.47<br>COMMENT: NO ACCT/SCH*MY PLACE RWDS/COMENITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1266 |
| **APELLES**<br>9700 CORPORATE DR STE 240<br>COLUMBUS, OH 43231 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ERC**<br>PO BOX 57547<br>JACKSONVILLE, FL 32241 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCARTHY BURGESS & WOLFF**<br>26000 CANNON RD<br>CLEVELAND, OH 44146 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MRS BPO, L.L.C.**<br>1930 OLNEY AVE.<br>CHERRY HILL, NJ 08003 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **GREGG L MORRIS ESQ**<br>PATENAUDE & FELIX APC<br>501 CORPORATE DRIVE<br>SOUTHPOINTE CENTER SUITE 205<br>CANONSBURG, PA 15317 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **RGS FINANCIAL**<br>PO BOX 852039<br>RICHARDSON, TX 75085-2039 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **STONELEIGH RECOVERY ASSOCIATES**<br>PO BOX 1479<br>LOMBARD, IL 60148-8479 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VELOCITY INVESTMENTS LLC**<br>1800 RT 34N BLDG 4 S404A<br>WALL, NJ 07719 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PINNACLE CREDIT SERVICES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: NT/SCH*FOURSCORE/CAP ONE*STRICKE/OE*1,873.50/CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2679 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,165.97<br>COMMENT: 2717/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2349 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 269.70<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **NAVIENT SOLUTIONS LLC O/B/O US DEPARTME**<br>C/O US DEPARTMENT OF EDUCATION LOAN SER<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:37<br>CLAIM: 0.00<br>COMMENT: ACCT NT/SCH*DUP OF CL 5*CL 37@ $50,392.78 W/DRAWN-DOC 38 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7593 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |