**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
LISA M. FERRANTE

Case No. 19-22626JAD

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant
vs.

Document No __

NAVIENT SOLUTIONS LLC O/B/O US
DEPARTMENT OF EDUCATION

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

FUNDS RETURNED AS AN OVER PAYMENT, ONLY A FRACTION OF THE CLAIM HAS BEEN PAID WHICH HAS NOT BEEN WITHDRAWN. IF THE DEBT HAS BEEN FORGIVEN STEPS SHOULD BE TAKEN TO REMOVE IT FROM THE PLAN.

NAVIENT SOLUTIONS LLC O/B/O US
DEPARTMENT OF EDUCATION
C/O US DEPARTMENT OF EDUCATION LOAN
SERVICING
PO BOX 4450
PORTLAND, OR 97208-4450

Court claim# 5/Trustee CID# 19

The Movant further certifies that on 10/11/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>LISA M. FERRANTE, 412 WYLIE AVENUE, ELIZABETH, PA  15037 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
|---|---|
| :<br>DEPARTMENT OF EDUCATION/NAVIENT, PO BOX 9635, WILKES BARRE, PA  18773 | ORIGINAL CREDITOR:<br>NAVIENT SOLUTIONS LLC O/B/O US DEPARTMENT OF EDUCATION, C/O US DEPARTMENT OF EDUCATION LOAN SERVICING, PO BOX 4450, PORTLAND, OR 97208-4450 |
| NEW CREDITOR: | |