UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  LISA M. FERRANTE<br><br>            Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>          vs.<br>LISA M. FERRANTE<br><br><br>           Respondents | Case No.19-22626JAD<br><br>FILED<br>7/24/24 3:39 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Chapter 13<br><br>Document No. 68 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 24th day of July, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bank Of New York Mellon
Attn: Payroll Department
Bny Mellon Center
500 Grant St
Pittsburgh,PA 15258-

is hereby ordered to immediately terminate the attachment of the wages of LISA M. FERRANTE, social security number XXX-XX-7593.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of LISA M. FERRANTE.

BY THE COURT:

_____ jsf

UNITED STATES BANKRUPTCY JUDGE

JEFFERY A. DELLER

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22626-JAD |
| Lisa M. Ferrante | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Jul 24, 2024　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

**Recip ID          Recipient Name and Address**
db              +  Lisa M. Ferrante, 412 Wylie Avenue, Elizabeth, PA 15037-1748

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024　　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:**

**Name                           Email Address**

Denise Carlon
　　　　　　on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al dcarlon@kmllawgroup.com

Kenneth Steidl
　　　　　　on behalf of Debtor Lisa M. Ferrante julie.steidl@steidl-steinberg.com
　　　　　　ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lorraine Gazzara Doyle
　　　　　　on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al ldoyle@squirelaw.com, logsecf@logs.com

Office of the United States Trustee
　　　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　　　　　cmecf@chapter13trusteewdpa.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 24, 2024 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor JPMORGAN CHASE BANK  NA amps@manleydeas.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association  et.al. thomas.song@phelanhallinan.com

Thomas Song
    on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al thomas.song@phelanhallinan.com

Thomas Song
    on behalf of Creditor JPMORGAN CHASE BANK  NA thomas.song@phelanhallinan.com


TOTAL: 10