IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Lisa Ferrante ) | Case No. 19-22626 JAD |
|    Debtor ) | Chapter 13 |
| ) | Document No. |
| Lisa Ferrante ) | |
|    Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 10, 2024, at docket number 67, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

<u>November 15, 2024</u>     /s/ Lisa Ferrante
Date     Debtor


     Respectfully submitted,

<u>November 20, 2024</u>     /s/ Kenneth Steidl
DATE     Kenneth Steidl, Esquire
     Attorney for the Debtor
     STEIDL & STEINBERG
     436 7th Ave- Suite 322
     Pittsburgh, PA 15219
     (412) 391-8000
     ken.steidl@steidl-steinberg.com
     PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**