**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Lisa Ferrante | ) | Case No. 19-22626 JAD |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. 73 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | FILED |
| | ) | 12/3/24 3:45 pm |
|     vs. | ) | CLERK |
| | ) | U.S. BANKRUPTCY |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | COURT - WDPA |
| Trustee, PA Dept. of Revenue, Absolute Resolution | ) | |
| Corp., Appelles, Bank of America, Barclays Bank | ) | |
| Delaware, Bureaus Investments Group, Capital One/ | ) | |
| Justice/Kohl's, JP Morgan Chase Bank, Citi Bank/The | ) | |
| Home Depot, Citizens Bank, Dept. Stores National | ) | |
| Bank, Dept. of Education/Navient, Discover Bank, | ) | |
| Discover Financial, ERC, First National Bank of | ) | |
| Omaha, First Premier Bank, Huntington National Bank, | ) | |
| LVNV Funding, Lending Club, MRS BPO LLC, | ) | |
| Midland Credit Management, One Main Financial, PRA | ) | |
| Receivables Management, PayPal Extras, Peoples | ) | |
| Natural Gas, Pinnacle Credit Services, Portfolio | ) | |
| Recovery Assoc., Premier Bankcard, Quantum3 Group | ) | |
| LLC, RGS Financial, Stoneleigh Recovery Assoc., | ) | |
| Synchrony/Toys-R-Us/AIS Info Source/Amazon/ | ) | |
| American Eagle/Care Credit/Gap/JC Penney/Walmart, | ) | |
| TD Bank USA, Target National Bank, The Bureaus Inc., | ) | |
| The Children's Place, TNB-Visa, U.S. Bank, Velocity | ) | |
| Portfolio Group, Verizon | ) | |
|     Respondents | ) | |

**ORDER OF COURT**

AND NOW, to-wit this __3rd__ day of __December__, 2024, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $2,890.00 for work performed in the Chapter 13 case by Debtor's counsel from May 29, 2019, to November 12, 2024.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $6,890.00, with the total to be paid through the Plan by the Trustee being up to $6,290.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and a remaining amount up to $2,890.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $2,890.00.

_____
jsf
Hon. Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22626-JAD |
| Lisa M. Ferrante | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Dec 03, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa M. Ferrante, 412 Wylie Avenue, Elizabeth, PA 15037-1748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank N.A., Successor Trustee To Lasalle Bank National Association, et al dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Lisa M. Ferrante julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank N.A., Successor Trustee To Lasalle Bank National Association, et al ldoyle@squirelaw.com, logsecf@logs.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association mimcgowan@raslg.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor JPMORGAN CHASE BANK  NA amps@manleydeas.com

Thomas Song

on behalf of Creditor U.S. Bank National Association  et.al. thomas.song@phelanhallinan.com

Thomas Song

on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al thomas.song@phelanhallinan.com

Thomas Song

on behalf of Creditor JPMORGAN CHASE BANK  NA thomas.song@phelanhallinan.com


TOTAL: 11