Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lisa M. Ferrante**
Debtor(s)

Bankruptcy Case No.: 19−22626−JAD

Chapter: 13
Docket No.: 83 − 82

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 3rd of February, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/17/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/25/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/17/25.**

                                            Jeffery A. Deller
                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22626-JAD

Lisa M. Ferrante     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 7
Date Rcvd: Feb 03, 2025     Form ID: 408     Total Noticed: 100

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Ferrante, 412 Wylie Avenue, Elizabeth, PA 15037-1748 |
| 15079838 | | The Childrens Place, P.O. Box 689182, Des Moines, IA 50368-9182 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 04 2025 00:25:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: bankruptcy_prod@navient.com | Feb 04 2025 00:31:29 | Navient Solutions LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:31:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2025 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15086253 | | Email/Text: Bankruptcy@absoluteresolutions.com | Feb 04 2025 00:25:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15079759 | + | Email/Text: documents@apellesnow.com | Feb 04 2025 00:26:00 | Apelles, 3700 Corporate Drive, Suite 240, Columbus, OH 43231-5001 |
| 15079760 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 04 2025 00:25:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15079761 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 04 2025 00:25:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15101827 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 04 2025 00:25:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15079763 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 04 2025 00:25:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15079762 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 04 2025 00:25:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15117480 | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 04 2025 00:25:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15079767 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:45:29 | Capital One, 15000 Capital One Dr, Richmond, |

Case 19-22626-JAD    Doc 84    Filed 02/05/25    Entered 02/06/25 00:32:38    Desc Imaged
Certificate of Notice    Page 3 of 8

| District/off: 0315-2 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: 408 | Total Noticed: 100 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | VA 23238 |
| 15079781 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:31:24 | Citibank N.A., 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 15091675 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 04 2025 00:25:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15079820 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 04 2025 00:25:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15079766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 01:07:02 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15079765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:32:04 | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15079770 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:31:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15099543 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:44:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15098244 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2025 00:32:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15079779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:32:46 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15079780 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:32:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15079782 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:31:32 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15118144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:33:09 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15079784 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:31:25 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15079783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:31:35 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15079785 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 04 2025 00:25:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15079791 | | Email/Text: mrdiscen@discover.com | Feb 04 2025 00:25:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15079790 | | Email/Text: mrdiscen@discover.com | Feb 04 2025 00:25:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15079789 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:44:13 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15079788 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:32:49 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15118143 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2025 00:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15079786 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 04 2025 00:32:34 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 15079787 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 04 2025 00:32:08 | Dept of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15083930 | | Email/Text: mrdiscen@discover.com | Feb 04 2025 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15079797 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 04 2025 00:25:00 | FNB Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15087458 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 04 2025 00:25:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15079793 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 04 2025 00:32:38 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15079795 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 04 2025 00:32:49 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15079798 | + | Email/Text: bankruptcy@huntington.com | Feb 04 2025 00:26:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15079799 | + | Email/Text: bankruptcy@huntington.com | Feb 04 2025 00:26:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15079774 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 01:07:11 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 15079773 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 00:31:58 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 15079776 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 00:31:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15079775 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 00:33:11 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15079777 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 00:44:34 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203 |
| 15079778 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 00:31:11 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 15099824 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 00:31:06 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 15117238 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 00:32:03 | JPMorgan Chase Bank, National Association, et.al., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 15094760 | + | Email/Text: RASEBN@raslg.com | Feb 04 2025 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15079800 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2025 00:25:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15079801 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2025 00:25:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15079803 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:31:18 | LVNV Funding LLC***, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15086191 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:31:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15079804 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:32:34 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15079802 | + | Email/Text: Documentfiling@lciinc.com | Feb 04 2025 00:25:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15079805 | | Email/Text: bknotices@mbandw.com | Feb 04 2025 00:25:00 | McCarthy Burgess & Wolff, MB&W Building, 26000 Cannon Road, Bedford, OH 44146 |
| 15079809 | | ^ MEBN | Feb 04 2025 00:08:34 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15079806 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2025 00:26:00 | Midland Credit Management, 2365 Northside |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Drive, Suite 300, San Diego, CA 92108-2710 |
| 15079808 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2025 00:26:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15087038 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 04 2025 00:32:32 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15100100 | + | Email/PDF: cbp@omf.com | Feb 04 2025 00:32:38 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15079811 | + | Email/PDF: cbp@omf.com | Feb 04 2025 00:32:08 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 15079810 | + | Email/PDF: cbp@omf.com | Feb 04 2025 00:32:30 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15079814 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:31:33 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15079817 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:31:39 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15118018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:31:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15079813 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:32:25 | Paypal Extras MC, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 15086190 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:31:58 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15103223 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2025 00:26:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15108918 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2025 00:26:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15096436 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2025 00:26:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15079821 | + | Email/Text: bk@rgsfinancial.com | Feb 04 2025 00:25:00 | RGS Financial Inc., 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 16471852 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:32:00 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15079823 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 01:07:00 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 15079824 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:25 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15118219 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2025 00:32:30 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15080384 | ^ | MEBN | Feb 04 2025 00:09:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15079826 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 01:07:02 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15079825 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:06 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15079827 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:32:29 | Synchrony Bank/American Eagle, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15079829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 19-22626-JAD    Doc 84    Filed 02/05/25    Entered 02/06/25 00:32:38    Desc Imaged
                              Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: 408 | Total Noticed: 100 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15079828 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15079830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:25 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15079831 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:32:30 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15079832 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:56:11 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15079834 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:44:52 | Synchrony Bank/JCPenney, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15079833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:43 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15096035 | + | Email/Text: bncmail@w-legal.com | Feb 04 2025 00:31:26 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15079835 | + | Email/Text: bncmail@w-legal.com | Feb 04 2025 00:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15079836 | + | Email/Text: bnc-thebureaus@quantum3group.com | Feb 04 2025 00:25:00 | Target National Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 15079837 | + | Email/Text: bnc-thebureaus@quantum3group.com | Feb 04 2025 00:25:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 15099755 | + | Email/Text: bankruptcy@huntington.com | Feb 04 2025 00:25:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15079839 | + | Email/Text: bncmail@w-legal.com | Feb 04 2025 00:26:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15148236 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 04 2025 00:25:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15079840 | | Email/Text: dispute@velocityrecoveries.com | Feb 04 2025 00:26:00 | U.S. Bank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15110578 | | Email/PDF: ebn_ais@aisinfo.com | Feb 04 2025 00:25:00 | Velocity Investments LLC, 1800 State Route 34 Ste 404A, Wall, NJ 07719 |
| | | | Feb 04 2025 00:31:36 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 98

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NA |
| cr | | U.S. Bank National Association, et.al. |
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | | U.S. Bank, N.A., Successor Trustee To Lasalle Bank |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15079768 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15079769 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15079771 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15079772 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15079794 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15079796 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

| | | |
|---|---|---|
| 15079807 | *+ | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15119521 | * | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15079815 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15079816 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15079818 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15079819 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15079764 | ##+ | Burton Neil & Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 15079792 | ## | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15079812 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe - Suite 205, Canonsburg, PA 15317-8584 |
| 15079822 | ## | Stoneleigh Recovery Associates, PO Box 1479, Lombard, IL 60148-8479 |

TOTAL: 4 Undeliverable, 14 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Denise Carlon
　　on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al dcarlon@kmllawgroup.com

Kenneth Steidl
　　on behalf of Debtor Lisa M. Ferrante julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Lorraine Gazzara Doyle
　　on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al ldoyle@squirelaw.com, logsecf@logs.com

Michelle L. McGowan
　　on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association mimcgowan@raslg.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

S. James Wallace
　　on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
　　on behalf of Creditor JPMORGAN CHASE BANK  NA amps@manleydeas.com

Thomas Song
　　on behalf of Creditor U.S. Bank  N.A., Successor Trustee To Lasalle Bank National Association, et al thomas.song@phelanhallinan.com

Thomas Song

          on behalf of Creditor JPMORGAN CHASE BANK  NA thomas.song@phelanhallinan.com

Thomas Song

          on behalf of Creditor U.S. Bank National Association  et.al. thomas.song@phelanhallinan.com

TOTAL: 11