**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
LISA M. FERRANTE

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:19-22626 JAD

Chapter 13

Document No.: 82

FILED
3/19/25 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 19th day of March, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-22626-JAD
Lisa M. Ferrante Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 7
Date Rcvd: Mar 19, 2025 Form ID: pdf900 Total Noticed: 100

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa M. Ferrante, 412 Wylie Avenue, Elizabeth, PA 15037-1748 |
| 15079838 | | The Childrens Place, P.O. Box 689182, Des Moines, IA 50368-9182 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 20 2025 00:21:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:39:03 | Navient Solutions LLC, 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:25:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 20 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15086253 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 20 2025 00:20:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15079759 | + | Email/Text: documents@apellesnow.com | Mar 20 2025 00:22:00 | Apelles, 3700 Corporate Drive, Suite 240, Columbus, OH 43231-5001 |
| 15079760 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 20 2025 00:20:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15079761 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 20 2025 00:20:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15101827 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 20 2025 00:21:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15079763 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 20 2025 00:21:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15079762 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 20 2025 00:21:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15117480 | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 20 2025 00:21:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15079767 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:25:11 | Capital One, 15000 Capital One Dr, Richmond, |

| | | | | |
|---|---|---|---|---|
| | | | | VA 23238 |
| 15079781 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:26:22 | Citibank N.A., 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 15091675 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 20 2025 00:21:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15079820 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 20 2025 00:21:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 15079766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:26:21 | Cap1/Justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15079765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:38:50 | Cap1/Justice, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15079770 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:39:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15099543 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:25:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15098244 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 00:38:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15079774 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:49:51 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15079773 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:38:59 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101-2003 |
| 15079775 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:26:21 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15079776 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:50:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15079777 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:38:30 | Chase Mortgage, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15079778 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:25:14 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224-0696 |
| 15079779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:26:21 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15079780 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:38:58 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15079782 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:25:38 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15118144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:25:11 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15079784 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:26:24 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15079783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:25:42 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15079785 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 20 2025 00:21:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15079791 | | Email/Text: mrdiscen@discover.com | Mar 20 2025 00:21:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15079790 | | Email/Text: mrdiscen@discover.com | Mar 20 2025 00:21:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15079789 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Mar 20 2025 00:26:21 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15079788 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:50:01 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15118143 | | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2025 00:22:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15079786 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 20 2025 00:25:10 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 15079787 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 20 2025 00:50:26 | Dept of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15083930 | | Email/Text: mrdiscen@discover.com | Mar 20 2025 00:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15079797 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2025 00:21:00 | FNB Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 15087458 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2025 00:21:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15079793 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2025 00:26:29 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15079795 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2025 00:26:22 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15079798 | + | Email/Text: bankruptcy@huntington.com | Mar 20 2025 00:22:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15079799 | + | Email/Text: bankruptcy@huntington.com | Mar 20 2025 00:22:00 | Huntington Natl Bk, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 15094760 | + | Email/Text: RASEBN@raslg.com | Mar 20 2025 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15099824 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:25:36 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ-5757, Phoenix, AZ 85038-9505 |
| 15117238 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2025 00:38:34 | JPMorgan Chase Bank, National Association, et.al., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203-4774 |
| 15079800 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2025 00:21:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15079801 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2025 00:21:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15079803 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:39:03 | LVNV Funding LLC***, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 15086191 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:38:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15079804 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:25:14 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15079802 | + | Email/Text: Documentfiling@lciinc.com | Mar 20 2025 00:21:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 15079805 | | Email/Text: bknotices@mbandw.com | Mar 20 2025 00:21:00 | McCarthy Burgess & Wolff, MB&W Building, 26000 Cannon Road, Bedford, OH 44146 |
| 15079809 | ^ | MEBN | Mar 20 2025 00:13:00 | MRS BPO LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 15079806 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | |
|---|---|---|---|
| | | Mar 20 2025 00:22:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15079808 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2025 00:22:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15087038 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 20 2025 00:39:04 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15100100 | + Email/PDF: cbp@omf.com | Mar 20 2025 00:25:40 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15079811 | + Email/PDF: cbp@omf.com | Mar 20 2025 00:50:15 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 15079810 | + Email/PDF: cbp@omf.com | Mar 20 2025 00:37:42 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15079814 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:25:08 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15079817 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:38:30 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15118018 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:25:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15079813 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:38:59 | Paypal Extras MC, c/o Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 15086190 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:25:11 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15103223 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2025 00:22:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15108918 | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2025 00:22:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15096436 | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2025 00:22:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15079821 | + Email/Text: bk@rgsfinancial.com | Mar 20 2025 00:21:00 | RGS Financial Inc., 1700 Jay Ell Drive, Suite 200, Richardson, TX 75081-6788 |
| 16471852 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:25:36 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15079823 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:39:03 | Syncb/Toys R Us, Po Box 965005, Orlando, FL 32896-5005 |
| 15079824 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:25:11 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15118219 | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 20 2025 00:26:21 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15080384 | ^ MEBN | Mar 20 2025 00:14:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15079826 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:50:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15079825 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:25:36 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15079827 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:25:36 | Synchrony Bank/American Eagle, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 15079829 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:39:03 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15079828 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:26:29 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15079830 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:25:36 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15079831 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:25:09 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15079832 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:26:23 | Synchrony Bank/JCPenney, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15079834 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:25:09 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15079833 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:25:36 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15096035 | + | Email/Text: bncmail@w-legal.com | Mar 20 2025 00:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15079835 | + | Email/Text: bncmail@w-legal.com | Mar 20 2025 00:21:00 | Target National Bank, Po Box 673, Minneapolis, MN 55440-0673 |
| 15079836 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 20 2025 00:21:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 15079837 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 20 2025 00:21:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15099755 | + | Email/Text: bankruptcy@huntington.com | Mar 20 2025 00:22:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15079839 | + | Email/Text: bncmail@w-legal.com | Mar 20 2025 00:21:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 15148236 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 20 2025 00:23:00 | U.S. Bank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15079840 | | Email/Text: dispute@velocityrecoveries.com | Mar 20 2025 00:21:00 | Velocity Investments LLC, 1800 State Route 34 Ste 404A, Wall, NJ 07719 |
| 15110578 | | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2025 00:49:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 98

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NA |
| cr | | U.S. Bank National Association, et.al. |
| cr | | U.S. Bank Trust Company, National Association, as |
| cr | | U.S. Bank, N.A., Successor Trustee To Lasalle Bank |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15079768 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15079769 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15079771 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15079772 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15079794 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| | | |
|---|---|---|
| 15079796 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15079807 | *+ | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15119521 | * | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15079815 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15079816 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 15079818 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15079819 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15079764 | ##+ | Burton Neil & Associates, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5600 |
| 15079792 | ## | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 15079812 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe - Suite 205, Canonsburg, PA 15317-8584 |
| 15079822 | ## | Stoneleigh Recovery Associates, PO Box 1479, Lombard, IL 60148-8479 |

TOTAL: 4 Undeliverable, 14 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank N.A., Successor Trustee To Lasalle Bank National Association, et al dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Lisa M. Ferrante julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank N.A., Successor Trustee To Lasalle Bank National Association, et al ldoyle@squirelaw.com, logsecf@logs.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK NA amps@manleydeas.com |
| Thomas Song | on behalf of Creditor U.S. Bank N.A., Successor Trustee To Lasalle Bank National Association, et al thomas.song@phelanhallinan.com |

Thomas Song
on behalf of Creditor JPMORGAN CHASE BANK NA thomas.song@phelanhallinan.com

Thomas Song
on behalf of Creditor U.S. Bank National Association et.al. thomas.song@phelanhallinan.com

TOTAL: 11